# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOHN V. SZELUGA & LINDA R. SZELUGA  
5303 PAINTED PONY LANE  
LOVES PARK, IL  61111  
SSN-xxx-xx-4057 & xxx-xx-2241

Case Number: 07-71530

Case filed on: 6/27/2007  
Plan Confirmed on: 10/19/2007  
C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan:  $900.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 3,500.00 | 3,500.00 | 179.38 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 179.38 | 0.00 |
| 005 | CCB CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ERS SOLUTIONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FREEDMAN, ANSELMO, LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PORTFOLIO RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOHN V. SZELUGA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ASSOCIATED BANK | 10,128.55 | 10,000.00 | 435.42 | 226.98 |
|  | Total Secured | 10,128.55 | 10,000.00 | 435.42 | 226.98 |
| 001 | ASSOCIATED BANK | 0.00 | 128.55 | 0.00 | 0.00 |
| 002 | ACCOUNT SOLUTIONS GROUP, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BENEFICIAL | 13,287.21 | 13,287.21 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 1,204.20 | 1,204.20 | 0.00 | 0.00 |
| 006 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,043.71 | 1,043.71 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 486.46 | 486.46 | 0.00 | 0.00 |
| 011 | ORCHARD BANK / HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PROFESSIONAL BUREAU COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SWEDISH AMERICAN MSO | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROUNDUP FUNDING LLC | 216.64 | 216.64 | 0.00 | 0.00 |
| 017 | US CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 877.22 | 877.22 | 0.00 | 0.00 |
| 019 | CAPITAL ONE | 1,280.88 | 1,280.88 | 0.00 | 0.00 |
| 020 | PORTFOLIO RECOVERY ASSOCIATES | 2,937.84 | 2,937.84 | 0.00 | 0.00 |
| 021 | FINGERHUT DIRECT MARKETING INC/CIT BANK | 177.23 | 177.23 | 0.00 | 0.00 |
| 022 | JEFFERSON CAPITAL SYSTEMS, LLC | 5,232.01 | 5,232.01 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 631.57 | 631.57 | 0.00 | 0.00 |
|  | Total Unsecured | 27,374.97 | 27,503.52 | 0.00 | 0.00 |
|  | Grand Total: | 41,003.52 | 41,003.52 | 614.80 | 226.98 |

Total Paid Claimant:       $841.78  
Trustee Allowance:         $58.22  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan